IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:19MJ36 |
| | ) | |
| GALIMA MURRY | ) | |

ORDER

In the above styled action, Galima Murry was arrested in Savannah, Georgia and a bond in the amount of $1,000.00 was posted by the named defendant. The case originated in the District of Colorado, (19-cr-00154-RBJ), where an indictment is pending against the defendant.

It is therefore ORDERED that the Clerk of Court transfer the $1,000.00 bond plus all accrued interest to:

> Clerk, U. S. District Court
> District of Colorado
> 1929 Stout Street
> Denver, CO 80294

So Ordered this 29th day of April, 2019.

_____
United States Magistrate Judge
Southern District of Georgia